FILED
05 MAY 18 PM 3:32

ROBERT R. DI TROLIO
CLERK, U.S.
D.C. OF TN, MEMPHIS

FILED 18M D.C
05 MAY 16 PM 1:38

ROBERT R. DI TROLIO
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                   Case No. 2:04cr20167-01-M1

ADRIAN BROOM

---

## MOTION TO DECLARE THE DEFENDANT INDIGENT
## FOR PURPOSES OF APPEAL

---

COMES NOW the Defendant, Adrian Broom, by and through his attorney of record, Marvin E. Ballin, who would move the Court to find him indigent for appellate purposes. In support thereof would show unto the Court that he does not have the funds or assets available to pay for appellate counsel or the court reporter fees necessary for the transcripts for the appeal. The Defendant asks that he be declared indigent for all appellate purposes.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that he be declared indigent for all appellate purposes.

MOTION GRANTED
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
MAY 18 2005
DATE

Respectfully submitted,

BALLIN, BALLIN & FISHMAN, P.C.
Marvin E. Ballin, Esq.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
(901) 525-6278

Counsel for Defendant

1

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-20-05



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon Scott. Leary, Esq., Assistant United States Attorney, 167 North Main Street, Eighth Floor, Memphis, Tennessee 38103, via United States mail, first class postage prepaid, or via hand delivery, this the 16th day of May, 2005.

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:04-CR-20167 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT